■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTINE DUNN, Appellant. [864 NYS2d 107]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Sullivan, J.), rendered February 23, 2006, convicting her of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that she was deprived of a fair trial because the prosecutor made improper remarks during her opening statement and summation and otherwise engaged in misconduct during the trial is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hollenquest,* 48 AD3d 592 [2008], *lv denied* 10 NY3d 864 [2008]). In any event, the challenged remarks and conduct either were responsive to arguments made by defense counsel, constituted fair comment on the evidence, or otherwise did not deprive the defendant of a fair trial (*see People v Olivo,* 23 AD3d 584 [2005]).

The defendant's contention that she was denied the effective assistance of counsel based solely on her attorney's failure to object to the alleged prosecutorial misconduct is without merit (*see People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Robbins,* 48 AD3d 711 [2008], *lv denied* 10 NY3d 869 [2008]; *People v Gonzalez,* 44 AD3d 790, 791 [2007]; *People v Serrano,* 163 AD2d 66, 68 [1990]). Prudenti, P.J., Ritter, Florio and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK EDWARDS, Appellant. [863 NYS2d 377]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 11, 2007 (*People v Edwards,* 46 AD3d 698 [2007]), affirming a judgment of the County Court, Nassau County, rendered January 27, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Skelos, J.P., Lifson, Covello and Dickerson, JJ., concur.